incendii
civil justice, **together.**
195 Plymouth Street | Suite 4-3
Brooklyn NY 11201 | 646-722-8655
www.incendiilaw.com

Aurore DeCarlo | Founding Partner
aurore@incendiilaw.com

August 13, 2026

The Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Via ECF*

Re: *Isabel Berney v. Robert Hochberg*, 26-cv-05746-MMG

Dear Judge Garnett:

Plaintiff respectfully submits this letter motion requesting an adjournment of the Preliminary Pretrial Conference currently scheduled for **August 19, 2026**.

Plaintiff's counsel will be traveling abroad and unavailable to appear on August 19, 2026, and will remain abroad through the end of August. Plaintiff therefore respectfully requests that the conference be adjourned to a date during the **second or third week of September 2026**, or such other date thereafter as is convenient for the Court. This is Plaintiff's first request for an adjournment of this conference.

Defendant has not appeared in this action and service of process has not yet been completed. Accordingly, Plaintiff is unable to obtain Defendant's position regarding this request.

Plaintiff further advises the Court that, following commencement of this action, Plaintiff requested that Defendant waive service pursuant to Rule 4(d) of the FRCP. Defendant did not respond to that request. Plaintiff has therefore begun efforts to effectuate formal service of process and anticipates completing service as promptly as practicable.

Respectfully submitted,

Aurore DeCarlo
Founding Partner
Incendii Law PLLC

GRANTED. The Initial Pretrial Conference previously scheduled for August 19, 2026 is ADJOURNED to **September 23, 2026, at 9:30 a.m**.

The deadline for the parties to submit their joint letter and proposed Case Management Plan and Scheduling Order is EXTENDED to **September 16, 2026**.

Counsel for Plaintiff is further ORDERED to serve Defendant's counsel, if known, with a copy of this order.

SO ORDERED. Dated August 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE